UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DANIEL CHAVARRIA, | No. C 01-2242 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| JIM HAMLET, warden, | |
| Respondent. | |

Respondent has requested an extension of time to file his response to petitioner's motion to amend his petition.. Upon due consideration of the request and the declaration of Michael D. O'Reilley, the court GRANTS the request. (Docket # 37.) Respondent must file and serve his response to the motion to amend no later than **April 3, 2009**. Petitioner must file and serve his reply (if any) no later than **April 24, 2009**.

IT IS SO ORDERED.

DATED: March 9, 2009

SUSAN ILLSTON
United States District Judge