UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS DANIEL CHAVARRIA,<br><br>    Petitioner,<br><br>  v.<br><br>JIM HAMLET, warden,<br><br>    Respondent.<br>                                    / | No. C 01-2242 SI (pr)<br><br>**ORDER ALLOWING AMENDED PETITION AND SETTING BRIEFING SCHEDULE** |

    Petitioner filed a motion for leave to amend his petition, and respondent filed a notice of non-opposition to the motion. The motion for leave to amend is GRANTED. (Docket # 34.) The amended petition filed at docket # 35 is allowed.

    Respondent must file and serve his answer to the amended petition no later than **June 19, 2009**. Petitioner must file and serve his traverse no later than **July 31, 2009**.

    Respondent is reminded to update his mailing list to send his filings directly to petitioner, because attorney Rosenbaum's representation of petitioner has concluded.

    IT IS SO ORDERED.

DATED: April 29, 2009

                                                                 SUSAN ILLSTON<br>
                                                                  United States District Judge