**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS DANIEL CHAVARRIA,  No. C 01-02242 SI

    Petitioner, **JUDGMENT**

  v.

JIM HAMLET,

    Respondent.
_____/

The petition for writ of habeas corpus has been denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 12, 2010

                                                SUSAN ILLSTON
                                              United States District Judge